UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EARL BLAKE YOUNG (#105511)

VERSUS

NATHAN CAIN, WARDEN

CIVIL ACTION

NO. 12-647-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 25, 2015 (doc. no. 32) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Motion to Reconsider is DENIED. Further, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 13th day of April, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA